**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:26-cr-0024** |
| | ) | |
| **ANDY THANH THONGDY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

# ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated September 2, 2026, Dkt. No. 35, recommending that the Defendant's plea of guilty to Count One of the Information, a violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D), and Count Two of the Information, a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, Dkt. No. 35, is **ADOPTED**; it is further

**ORDERED** that Defendant Andy Thanh Thongdy's plea of guilty as to Count One of the Information is **ACCEPTED**, and that Andy Thanh Thongdy is adjudged **GUILTY** on that count; it is further

**ORDERED** that Defendant Andy Thanh Thongdy's plea of guilty as to Count Two of the Information is **ACCEPTED**, and that Andy Thanh Thongdy is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties no later than **December 4, 2026;** it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **December 18, 2026;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **January 8, 2027**; it is further

**ORDERED** that the parties shall file their sentencing memoranda, which shall include any objections to the presentence report, no later than **January 22, 2027;** and it is further

**ORDERED** that a sentencing hearing shall be held on **January 29, 2027, at 11:00 A.M. in St. Thomas Courtroom No. 1.**

**Dated:** November 17, 2026

/s/ *Evan Rikhye*
**EVAN RIKHYE**
**United States District Judge**